```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  MARK J. McKEON
    Assistant U.S. Attorney
 3  Misdemeanor Unit
    Federal Courthouse
 4  2500 Tulare Street, Suite 4401
    Fresno, California  93721
 5  Telephone:  (559) 497-4000
 6
 7
 8
                IN THE UNITED STATES DISTRICT COURT FOR THE
 9
                       EASTERN DISTRICT OF CALIFORNIA
10
11
    UNITED STATES OF AMERICA,     )  NO.  1:07-MJ-191 SMS
12                                )
              Plaintiff,          )  STIPULATION AND PROPOSED ORDER
13                                )  TO MODIFY PROBATION
    v.                            )
14                                )
    JOHN L. WHITT,                )
15                                )
              Defendant.          )
16                                )
                                  )
17  _____  )
```

18     IT IS HEREBY STIPULATED by and between the parties hereto
19 through their respective counsel, MARK J. McKEON, Assistant United
20 States Attorney for Plaintiff and RICK HOROWITZ, attorney for
21 Defendant, that the plea agreement signed by the parties in October
22 2007 that refers to the probation for the defendant as being "a term
23 of two (2) years probation" does not reflect the intent of the
24 parties for that probation term be unsupervised. The written plea
25 agreement does not specify whether or not this probation was to be
26 supervised or unsupervised. (See Exhibit 1.) However, at the time
27 the agreement was made, the parties orally agreed to the probation
28 being unsupervised since the defendant is in the Navy and is often

1

shipped off to sea for many months at a time.  There was concern on behalf of the defendant and his attorney that the defendant could be in violation of probation if the Navy sent him off somewhere and he was supposed to be checking in somewhere under a term of supervised probation.  In addition, defendant's attorney agreed to stand in for the defendant, with proper notice, at any required court appearances on the defendant's behalf.

The parties request that the terms of the probation be changed to a term of two (2) years unsupervised probation and that a new judgment be issued reflecting that change.

```
                                    Respectfully submitted,

                                    McGREGOR W. SCOTT
                                    United States Attorney

Dated: February 29, 2008       By /s/ Mark J. McKeon
                                    MARK J. McKEON
                                    Assistant U.S. Attorney


Dated: February 29, 2008       By /s/ Rick Horowitz
                                    RICK HOROWITZ
                                    Attorney for Defendant
```

**ORDER**

IT IS SO ORDERED.

**Dated:   March 13, 2008**          /s/ **Dennis L. Beck**
                                      UNITED STATES MAGISTRATE JUDGE

2